(131 So. 925)

**William M. PEPPER, alias Miles A. Conway, v. STATE.**

6 Div. 886.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.

(131 So. 925)

**William M. PEPPER, alias Miles A. Conway, v. STATE.**

6 Div. 884.

Court of Appeals of Alabama.
Dec. 16, 1930.

BRICKEN, P. J.

This appellant was indicted, tried, and convicted for the offense of false pretense (felony), and was sentenced to an indeterminate term of imprisonment in the penitentiary for a term of not less than nine years and not more than ten years. The appeal here is predicated upon the record proper; there being no bill of exceptions.

As the law requires, we have examined the record for error; finding no error, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

(138 So. 924)

**Sam PERKINS v. STATE.**

6 Div. 214.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Affirmed.

(138 So. 924)

**Howard PERRY v. STATE.**

6 Div. 157.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Appeal dismissed.

(132 So. 922)

**Jesse PERRY v. STATE.**

8 Div. 271.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Affirmed.

(132 So. 922)

**Jesse PERRY v. STATE.**

8 Div. 272.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(132 So. 923)

**Albert PHILLIPS v. STATE.**

7 Div. 711.

Court of Appeals of Alabama.
Jan. 20, 1931.

RICE, J.
Affirmed.